# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

## NO. 03-12-00568-CV

**Thomas O. Bennett, Jr., James B. Bonham Corporation, and Wayne H. Paris, Appellants**

**v.**

**Randy Reynolds, Larry Grant and Richard T. Miller, Appellees**

### APPEAL FROM 33RD DISTRICT COURT OF SAN SABA COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on May 30, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.